No. 11-5902. John Mingo, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.

565 U.S. 966, 132 S. Ct. 460, 181 L. Ed. 2d 300, 2011 U.S. LEXIS 7467.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 11-5904. Scott Brian Steffler, Petitioner v. Rick Coursey, Superintendent, Eastern Oregon Correctional Institution.

565 U.S. 966, 132 S. Ct. 460, 181 L. Ed. 2d 300, 2011 U.S. LEXIS 7498.

October 17, 2011. Petition for writ of certiorari to the Supreme Court of Oregon denied.

No. 11-5905. Marvin Alexis Rodriguez-Barrera, Petitioner v. Virginia.

565 U.S. 966, 132 S. Ct. 460, 181 L. Ed. 2d 300, 2011 U.S. LEXIS 7565.

October 17, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 11-5906. Devin Reed, Petitioner v. Illinois.

565 U.S. 966, 132 S. Ct. 460, 181 L. Ed. 2d 300, 2011 U.S. LEXIS 7526.

October 17, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, Third District, denied.

Same case below, 405 Ill. App. 3d 279, 344 Ill. Dec. 930, 938 N.E.2d 199.

No. 11-5908. Young Bok Song, Petitioner v. Brett M. Gipson, et al.

565 U.S. 966, 132 S. Ct. 461, 181 L. Ed. 2d 300, 2011 U.S. LEXIS 7541.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 423 Fed. Appx. 506.

No. 11-5909. James Anthony, Petitioner v. Florida.

565 U.S. 966, 132 S. Ct. 461, 181 L. Ed. 2d 300, 2011 U.S. LEXIS 7472.

October 17, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 64 So. 3d 1260.

No. 11-5913. Jarey Stewart, Petitioner v. James A. Yates, Warden, et al.

565 U.S. 966, 132 S. Ct. 461, 181 L. Ed. 2d 300, 2011 U.S. LEXIS 7562.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-5915. Willie Rabb, Petitioner v. Georgia Pacific, LLC, et al.

565 U.S. 966, 132 S. Ct. 461, 181 L. Ed. 2d 300, 2011 U.S. LEXIS 7462,

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.